# stalltalk
### Go Where The People Go!™

# Pitch Deck

Matt Tunstall
CEO & Founder
+1.865.201.0606
matt@stalltalk.net

January, 15 2014



EXHIBIT 2

PROBLEM...

Case 3:14-cv-00384-PLR-HBG   Document 1-2   Filed 08/12/14   Page 2 of 13   PageID #: 34


Case 3:14-cv-00384-PLR-HBG Document 1-2 Filed 08/12/14 Page 3 of 13 PageID #: 35

# INTRODUCING...STALL TALK




- Exclusive Ad Network
- User-based Sign-up
- Location Search
- Digital & Static
- Media Production & Distribution
- Logistical Support

# PRODUCTS & SERVICES



User Sign up
Sponsors & Properties
GPS Submission/Location Search
Events and Real Estate
Notifications
Opportunities, Deadlines and Approvals
Marketing Logistics
Pre-Sell GPS locations.
Dashboard reports on fulfillment
Turn-Key Fulfillment
Media Production, Project Management and Q.A.

# MARKET VALIDATION

**2009 attendance (in millions)**

| League | Attendance |
|---|---|
| MLB | 73.4 |
| Live Nation | 52.1 |
| NHL | 21.5 |
| NBA | 21.4 |
| NFL | 17.1 |
| Premier League | 13.5 |
| Broadway | 12.0 |

Source: Live Nation attendance totals - 10-K, 2009 MLB, NBA, NHL and NFL attendance totals - ESPN.com; 2009 UK Soccer attendance totals - WorldFootball.net; 2009 Broadway attendance totals - The Broadway League; Ellis Sports Research

# MARKET TRACTION



Multi-year, exclusive contracts to 20.1% of all portable toilets in United States.

- 302,000 potties
- 84 cities in 27 states

# MARKET ADOPTION

- 900% sales growth
- 6-time Award Winner
- Media Coverage
- National clients
- Key industry relationships
- Brand equity

# FINANCIAL PROJECTIONS



| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|
| Revenue | $31,320 | $3,183,385 | $20,663,022 | $40,255,948 | $63,075,293 | $89,142,868 | $118,438,750 |
| Gross Margin | 10,982 | 1,800,300 | 12,416,357 | 23,579,836 | 36,052,818 | 49,869,699 | 64,925,873 |
| Pre-Tax Income | (6,480) | 403,233 | 7,396,724 | 15,676,706 | 25,243,490 | 35,959,056 | 47,083,530 |

# THE COMPETITION

## No major players in our market segment.



**Major players**
(Market share)

- CBS Corporation 15.8%
- Lamar Advertising Company 16.8%
- CC Media Holdings Inc. 17.6%
- 49.8% Other

SOURCE: WWW.IBISWORLD.COM




# LEADERSHIP TEAM



# Stall Talk
## Stall Talk Financials - Working Copy 12.9.12
### FINANCIALS

**Stall Talk Financial Model**

### PROJECTED PROFIT & LOSS

| | 12 Months Ending 12/31/2012 | 12 Months Ending 12/31/2013 | 12 Months Ending 12/31/2014 | 12 Months Ending 12/31/2015 | 12 Months Ending 12/31/2016 | 12 Months Ending 12/31/2017 | 12 Months Ending 12/31/2018 |
|---|---|---|---|---|---|---|---|
| Revenue | $ 31,320 | $ 3,183,385 | $ 20,663,022 | $ 40,255,948 | $ 63,075,293 | $ 89,142,988 | $ 116,438,753 |
| Cost of Sales | 20,338 | 1,118,585 | 6,220,465 | 12,396,113 | 19,888,075 | 28,659,789 | 38,731,680 |
| Gross Profit | 10,982 | 2,064,800 | 14,442,557 | 27,859,836 | 43,187,218 | 60,483,099 | 79,708,873 |
| Gross Profit Percent | 35.1% | 64.9% | 69.9% | 69.2% | 68.5% | 67.8% | 67.9% |
| **Expenses** | | | | | | | |
| Sales & Marketing | 4,682 | 945,802 | 3,979,968 | 5,759,103 | 8,402,517 | 11,914,622 | 24,030,675 |
| General & Administrative | 12,800 | 642,883 | 934,173 | 963,309 | 1,039,344 | 1,057,430 | 1,157,668 |
| Total | 17,482 | 1,588,285 | 4,914,141 | 6,722,412 | 9,441,861 | 18,012,052 | 25,188,343 |
| Income From Operations | (6,480) | 476,536 | 10,128,416 | 21,147,423 | 33,745,357 | 47,471,047 | 54,518,529 |
| Other (Income) Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income Before Taxes | (6,480) | 476,536 | 10,128,416 | 21,147,423 | 33,745,357 | 47,471,047 | 54,518,529 |
| | | 15% | 49% | 53% | 54% | 53% | 48% |
| Income Taxes - Distribution | 0 | 183,848 | 4,051,367 | 8,459,969 | 13,498,143 | 18,988,419 | 21,807,412 |
| Net Income After Taxes | $ (6,480) | $ 312,687 | $ 6,077,050 | $ 12,689,454 | $ 20,247,214 | $ 28,482,628 | $ 32,711,118 |
| Net Income Percentage | -20.69% | 9.82% | 29.41% | 31.52% | 32.10% | 31.95% | 27.62% |
| Cumulative Net Income | $ (6,480) | $ 306,207 | $ 6,383,257 | $ 19,071,711 | $ 39,318,925 | $ 67,801,554 | $ 100,512,672 |

### BALANCE SHEET PROJECTIONS

# FUNDING NEEDS

| Funding Uses | Amount |
|---|---|
| • Marketing expenses | $ 150,000 |
| • Travel expenses | 300,000 |
| • Working capital | 100,000 |
| • Office | 60,000 |
| • R&D (Prototype) | 25,000 |
| • Inventory | 150,000 |
| • Content Creation | 200,000 |
| • Competitions | 150,000 |
| • Public Relations | 50,000 |
| • Professional Services | 30,000 |

**Total Funding Needs: $1,500,000**